JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
JAMES F. HETHERINGTON, ESQUIRE – State Bar #151331
JENKINS GOODMAN NEUMAN & HAMILTON LLP
100 Oceangate, Suite 1200
Long Beach, California  90802
Telephone:  (213) 416-6298
Facsimile:  (415) 705-0411
jhetherington@jgn.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

HERIBERTO CRUZ,

                              Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a
Corporation, and DOES 1 through 50,
inclusive,

                              Defendants.

Case No. CV 09-5147 DMG (CWx)

**[PROPOSED] ORDER GRANTING
PARTIES JOINT MOTION TO
DISMISS [15] JS6**

**TRIAL DATE: JUNE 1, 2010**

       Based on the joint stipulation by the parties to dismiss the above-entitled matter, THE

COURT HEREBY ORDERS AS FOLLOWS:

       This matter is dismissed with prejudice, in its entirety, with each party to bear their own

costs.  All hearings are hereby vacated.

**IT IS SO ORDERED.**

DATED:  March 25, 2010          By: _Dolly M. Gee_

                                      Dolly M. Gee

                                      UNITED STATES DISTRICT JUDGE

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-

[PROPOSED] ORDER RE: DISMISSAL